**Order entered July 26, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00448-CV

### CECILIA KONTOH AND MERCY QUACHIE, Appellants

### V.

### HELENA SAFO, INDIVIDUALLY AS SUCCESSOR TRUSTEE OF ADELLE SAFO, TEDDY SAFO, AND MYRA SAFO TRUSTS, Appellees

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-07030**

## ORDER

Before the Court is appellants' July 25, 2017 motion to extend time to file appellants' brief. We **GRANT** appellants' motion and **ORDER** the brief filed on or before **September 13, 2017**.

/s/ CAROLYN WRIGHT
  CHIEF JUSTICE